IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LINDA SIMS**                                                                                          **PLAINTIFF**

**v.**                                         **Case No. 4:23-cv-00813-LPR**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on September 4, 2025, and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that (1) Plaintiff's bad faith claim is dismissed without prejudice, and (2) Judgment is entered in favor of Defendant State Farm Fire and Casualty Company on all other claims.

IT IS SO ADJUDGED this 19th day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE